# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **GEORGE SIZEMORE, et al.**, | CASE NO. 1:23-cv-00545 |
| Plaintiff, | MAGISTRATE JUDGE STEPHANIE K. BOWMAN |
| v. | |
| **ADT Solar, LLC, et al.**, | **ORDER APPROVING OF SETTLEMENT AND RELEASE** |
| Defendants. | |

This matter comes before the Court on the parties Joint Motion for Approval of Settlement and Release (doc. 10). The Court, having been so advised, finds that the settlement is a fair and reasonable compromise of a bona fide dispute.

**IT IS THEREFORE ORDERED** that the Joint Motion for Approval of Settlement and Release (doc.10) is **GRANTED**. The Settlement Agreement is hereby approved, and this case is hereby dismissed with prejudice. The Court shall retain jurisdiction to enforce the Settlement Agreement or to resolve any disputes regarding the Settlement Agreement.

**SO ORDERED.**

_____
Stephanie K. Bowman
United States Magistrate Judge